IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 05-M-6115-CJP |
| | ) | |
| MICHAEL DARRON WOODS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The United States' Motion to Dismiss **(Doc. 13)** is **GRANTED**.

The Complaint in this matter is **dismissed** and the arrest warrant, if not executed, is hereby **quashed**.

The Clerk's Office shall provide the United States Marshal with a copy of this Order.

DATE:  December 1, 2005.

**s/ Clifford J. Proud**
CLIFFORD J. PROUD
United States Magistrate Judge